# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161273-4(20)(23)(24)(25)(28)(29)(30)(34)(39)(40)

*In re* MONTANO

_____

MARIO ALLEN MONTANO
      Plaintiff-Appellant,

v

OAKLAND CIRCUIT COURT JUDGE,
      Defendant-Appellee.

_____/

SC: 161273-4
COA: 353392; 353410

      On order of the Chief Justice, the motion for immediate consideration of the motion to waive fees, the motion to amend the application, and the motions to add issues are GRANTED. On further order of the Chief Justice, the motion to waive fees is DENIED. The plaintiff-appellant shall pay the fees for the interlocutory application, the motion to amend the application filed on May 4, 2020, and the motions to add issues filed on May 6, 2020, and May 12, 2020, within 28 days of the date of this order or the application will be administratively dismissed. The motions to expedite, for stay, and for immediate consideration filed on May 4, 2020, are ordered withdrawn in accordance with the request of the plaintiff-appellant.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2020



Clerk